## IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| PATRIOT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Matter No.: 1:09-cv-76 |
| | ) | |
| ICEWEB VIRGINIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It appearing that Defendant Iceweb Virginia, Inc has filed a petition in bankruptcy,

it is accordingly

ORDERED that this action is stayed pending the resolution of the said bankruptcy

proceedings and that until this action is reactivated, it shall be stricken from the active docket and

no longer be considered a pending case.

Alexandria Virginia
November 2, 2009

_____ /s/

Liam O'Grady
United States District Judge